1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sdma.com
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  Bank of the West Long Term Disability Plan;
   and Real Party in Interest Metropolitan Life
7  Insurance Company

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | Marylyn Beaver, | CASE NO. CV 09-2177 JCS |
|---|---|---|
| 13 | Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT/REAL PARTY IN INTEREST'S RESPONSE TO PLAINTIFF'S COMPLAINT |
| 14 | v. | |
| 15 | Bank of the West Long Term Disability Plan, | |
| 16 | Defendant. | |
| 17 | Metropolitan Life Insurance Company, | |
| 18 | Real Party in Interest. | |

19       Pursuant to Northern District Local Rule 6-1(a), Plaintiff Marylyn Beaver and Defendant

20  Bank of the West Long Term Disability Plan ("defendant") and Metropolitan Life Insurance

21  Company ("real party in interest"), by and through their attorneys, hereby stipulate and agree to

22  an extension of time for defendant and real party in interest to respond to plaintiff's complaint,

23  and that defendant/real party in interest's responsive pleading will be due on or before July 22,

24  2009.

25  ///

26  ///

27  ///

28  ///

-1-                                CASE NO. CV 09-2177 JCS
SF/1606075v1
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT/REAL PARTY IN INTEREST'S RESPONSE TO PLAINTIFF'S COMPLAINT

1    There have been no prior extensions of time.

2    IT IS SO AGREED AND STIPULATED.

3    DATED: June 22, 2009    LAW OFFICES OF LAURENCE F. PADWAY

6    By: /s/ Laurence F. Padway (as authorized 6/22/09)
        Laurence F. Padway
7        Attorneys for Plaintiff Marylyn Beaver

8    DATED: June 22, 2009    SEDGWICK, DETERT, MORAN & ARNOLD LLP

11    By: /s/ Rebecca A. Hull
        Rebecca A. Hull
12        Attorneys for Defendant Bank of the West Long
        Term Disability Plan and Real Party in Interest
13        Metropolitan Life Insurance Company

16    Dated: June 22, 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Joseph C. Spero

-2-    CASE NO. CV 09-2177 JCS

SF/1606075v1

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT/REAL PARTY IN INTEREST'S RESPONSE TO PLAINTIFF'S COMPLAINT