1  Laurence F. Padway, #89314
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510)814-0680
   Facsimile : (510)814-0650
4

5  Attorneys for plaintiff
            Marylyn Beaver
6
   Sedgwick, Detert, Moran and Arnold
7  Rebecca A. Hull, #99802
   Cari A. Cohorn, #249056
8  rebecca.hull@sdma.com
   cari.cohorn@sdma.com
9  One Market Plaza
   Stuart Towner, 8th Floor
10 San Francisco, California 94501
   Telephone: (415) 781-7900
11 Facsimile: (415) 781-2635

12 Attorneys for Defendant Kaiser Foundation
   Health PLAn Long Term Disability Plan and
13 Real Party in Interst Metropolitan Life Insurance
   Company
14

15 |                    UNITED STATES DISTRICT COURT

16 |                    NORTHERN DISTRICT OF CALIFORNIA

17

18 | MARYLYN BEAVER,                           No. C09-02177 WHA
                                               STIPULATION AND (PROPOSED)
19 |                                           ORDER RE FILING SECOND
            Plaintiff,                         AMENDED COMPLAINT
20 |    vs.

21 | BANK OF THE WEST
     WELFARE BENEFITS PLAN, and
22 | BANCWEST CORPORATION
     WELFARE BENEFIT PLAN,
23
            Defendants.
24 | _____/

25 | METROPOLITAN LIFE
     INSURANCE COMPANY,
26
            Real Parties in Interest.
27
   _____/
28

Stipulation re Amended Complaint              1

Whereas, plaintiff Marilyn Beaver desires to file an amended complaint,

Now, therefore, the parties hereby stipulate that plaintiff may file an amended complaint, to be filed no later than five days after entry of the order on this stipulation;

Real party shall file an answer or other response to the amended complaint within 20 days from the filing thereof; and

As the amended complaint adds an additional party, Plaintiff shall serve the defendants forthwith upon the filing of the amended complaint.

Dated:  September 15, 2009

/s/_____  
Laurence F. Padway  
Attorney for plaintiff

/s/_____  
Rebecca A. Hull  
Attorneys for Defendant and Real Party in Interest

[Proposed] Order

On stipulation of the parties, it is so ordered.

September 17, 2009

IT IS SO ORDERED  
Judge William Alsup  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

Hon.  
Judge                                    Court

Stipulation re Amended Complaint                 2