Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
     Marylyn Beaver

Sedgwick, Detert, Moran and Arnold
Rebecca A. Hull, #99802
Cari A. Cohorn, #249056
rebecca.hull@sdma.com
cari.cohorn@sdma.com
One Market Plaza
Stuart Towner, 8th Floor
San Francisco, California 94501
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant Kaiser Foundation
Health Plan Long Term Disability Plan and
Real Party in Interest Metropolitan Life Insurance
Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLYN BEAVER,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF THE WEST WELFARE BENEFITS PLAN, and BANCWEST CORPORATION WELFARE BENEFIT PLAN,<br><br>    Defendants.<br>_____/<br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Real Parties in Interest.<br>_____/ | No. C09-02177 WHA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO REMAND<br><br>Hon. William H. Alsup |

Stipulation re Mtn to Remand                    1

Whereas, Plaintiff's opposition to Defendant's motion to remand is due on January 28, 2010; and

Whereas, counsel for plaintiff requires additional time because counsel for plaintiff is working a reduced schedule for health and personal reasons,

Now, therefore, the parties stipulate to the following briefing schedule and hearing date:

February 4, 2010: Deadline for Plaintiff to file its opposition to Defendant's Motion to Remand
February 11, 2010: Deadline for Defendant to file its Reply
February 25, 2010: Hearing Date

IT IS SO STIPULATED.

Dated: January 28, 2010

/s/_____
Laurence F. Padway
Attorney for plaintiff

/s/_____
Rebecca A. Hull
Attorneys for Defendant and Real Party in Interest

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: January 29, 2010.   By: _____
Honorable William H. Alsup
United States District Court Judge

Stipulation re Mtn to Remand                 2