1 | Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
2 | 1516 Oak Street, Suite 109
Alameda, California 94501
3 | Telephone:  (510)814-0680
Facsimile : (510)814-0650
4 |
Attorneys for plaintiff
5 |       Marylyn Beaver

6 | Sedgwick, Detert, Moran and Arnold
Rebecca A. Hull, #99802
7 | Cari A. Cohorn, #249056
rebecca.hull@sdma.com
8 | cari.cohorn@sdma.com
One Market Plaza
9 | Stuart Towner, 8th Floor
San Francisco, California 94501
10 | Telephone: (415) 781-7900
Facsimile: (415) 781-2635
11 |
Attorneys for Defendant Kaiser Foundation
12 | Health Plan Long Term Disability Plan and
Real Party in Interest Metropolitan Life Insurance
13 | Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLYN BEAVER, | No. C09-02177 WHA |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO REMAND |
| BANK OF THE WEST WELFARE BENEFITS PLAN, and BANCWEST CORPORATION WELFARE BENEFIT PLAN, | |
| Defendants. | Hon. William H. Alsup |
| _____ / | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Real Parties in Interest. | |
| _____ / | |

Stipulation re Mtn to Remand           1

Whereas, Plaintiff's opposition to Defendant's motion to remand is due on January 28, 2010; and

Whereas, counsel for plaintiff requires additional time because counsel for plaintiff is working a reduced schedule for health and personal reasons,

Now, therefore, the parties stipulate to the following briefing schedule and hearing date:

| Date | |
|---|---|
| February 4, 2010: | Deadline for Plaintiff to file its opposition to Defendant's Motion to Remand |
| February 11, 2010: | Deadline for Defendant to file its Reply |
| February 25, 2010: | Hearing Date |

IT IS SO STIPULATED.

Dated: January 28, 2010

/s/
Laurence F. Padway
Attorney for plaintiff

/s/
Rebecca A. Hull
Attorneys for Defendant and Real Party in Interest

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: January 29, 2010.   By: _____
Honorable William H. Alsup
United States District Court Judge

Stipulation re Mtn to Remand                    2