Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
    Marylyn Beaver

Sedgwick, Detert, Moran and Arnold
Rebecca A. Hull, #99802
Cari A. Cohorn, #249056
rebecca.hull@sdma.com
cari.cohorn@sdma.com
One Market Plaza
Stuart Towner, 8th Floor
San Francisco, California 94501
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant Kaiser Foundation
Health Plan Long Term Disability Plan and
Real Party in Interest Metropolitan Life Insurance
Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLYN BEAVER,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF THE WEST WELFARE BENEFITS PLAN, and BANCWEST CORPORATION WELFARE BENEFIT PLAN,<br><br>    Defendants.<br>_____/<br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Real Parties in Interest.<br>_____/ | No. C09-02177 WHA<br><br>ORDER GRANTING IN PART PARTIES' STIPULATED REQUEST TO EXTEND DEADLINES FOR MOTION TO REMAND<br><br><br><br>Hon. William H. Alsup |

Stipulation re Mtn to Remand                                        1

Whereas, Plaintiff's opposition to Defendant's motion to remand is due on February 4, 2010. A one week extension of time was previously granted; and

Whereas, counsel for plaintiff requires additional time because counsel for plaintiff is working a reduced schedule for health and personal reasons; and

Whereas, due to the multiple extensions requested by plaintiff, the parties agree that for judicial efficiency and economy, defendants' motion to remand should be heard concurrently with defendants' motion for summary judgment scheduled for March 18, 2010;

Now, therefore, the parties stipulate to the following briefing schedule and hearing date:

| | |
|---|---|
| February 25, 2010: | Deadline for Plaintiff to file its opposition to Defendant's Motion to Remand |
| March 4, 2010: | Deadline for Defendant to file its Reply |
| March 18, 2010: | Hearing Date |

IT IS SO STIPULATED.

Dated: February 4, 2010

/s/
Laurence F. Padway
Attorney for plaintiff

/s/
Rebecca A. Hull
Attorneys for Defendant and Real Party in Interest

Stipulation re Mtn to Remand                          2

**ORDER**

Inexplicably, the parties have *again* waited until the last moment to request an extension. The parties' request to extend the briefing schedule by three weeks will not be granted. Plaintiff will have until midnight on **FRIDAY, FEBRUARY 5, 2010**, to file an opposition brief. The deadline for the reply brief and the hearing date on this motion will remain unchanged.

**IT IS SO ORDERED.**

Date:   February 4, 2010.



_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE