IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARILYN BEAVER,

    Plaintiff,

    v.

BANK OF THE WEST LONG TERM DISABILITY PLAN,

    Defendant.
                                   /

METROPOLITAN LIFE INSURANCE COMPANY,

    Real Party in Interest.
                                   /

No. C 09-02177 WHA

**ORDER RE CASE MANAGEMENT CONFERENCE**

    Only Mr. Padway appeared at the case management conference today. Defense counsel should phone Mr. Padway to learn what transpired.

    There will be another case management conference on **JULY 8, 2010, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

    **IT IS SO ORDERED.**

Dated: April 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE