**United States District Court**
For the Northern District of California

1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  MARYLYN BEAVER,
11           Plaintiff,
12    v.                           No. C 09-02177 WHA
13  BANK OF THE WEST WELFARE
      BENEFITS PLAN, and BANCWEST
14  CORPORATION WELFARE BENEFIT
      PLAN,
15                              **ORDER RE NOTICE**
16         Defendants.                **OF SETTLEMENT**
      ————————————————/
17  METROPOLITAN LIFE INSURANCE
18  COMPANY,
19          Real Party in Interest.
      ————————————————/
20
21        The Court is in receipt of the parties' notice of settlement and cautions the parties that
22  until a dismissal is filed in this case, all deadlines are in effect.
23
24       **IT IS SO ORDERED.**
25
26  Dated:  July 16, 2010.                            ————————————————
                                      WILLIAM ALSUP
27                                   UNITED STATES DISTRICT JUDGE
28