IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARYLYN BEAVER,

    Plaintiff,

  v.

BANK OF THE WEST WELFARE BENEFITS PLAN, and BANCWEST CORPORATION WELFARE BENEFIT PLAN,

    Defendants.

_____/

METROPOLITAN LIFE INSURANCE COMPANY,

    Real Party in Interest.

_____/

No. C 09-02177 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

At the case management conference held on July 8, 2010, plaintiff was ordered to file a motion for entitlement to ERISA benefits by July 15, with a hearing scheduled for August 12 (Dkt. No. 60). Plaintiff failed to file the motion as ordered and instead filed a "notice of settlement." It is now August 2 and the case has *still* not been dismissed. Plaintiff is therefore **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. A response will be due by **8:00 A.M. ON AUGUST 12**, unless a stipulated dismissal is filed before the deadline. The August 12 hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 2, 2010.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE