1  Laurence F. Padway, #89314
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:  (510)814-0680
   Facsimile : (510)814-0650
4
   Attorneys for plaintiff
5  Marylyn Beaver

6
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
7  REBECCA A. HULL  Bar No. 99802
   MICHELLE Y. MCISAAC Bar No. 215294
8  rebecca.hull@sdma.com
   michelle.mcisaac@sdma.com
9  One Market Plaza
   Steuart Tower, 8th Floor
10 San Francisco, California 94105
   Telephone: (415) 781-7900
11 Facsimile: (415) 781-2635

12 Attorneys for Defendants
   Bank of the West Welfare Benefits Plan and
13 Bancwest Corporation Welfare Benefit Plan;
   and Real Party in Interest Metropolitan Life
14 Insurance Company

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18
   MARYLYN BEAVER,                              No. C09-02177 WHA
19
            Plaintiff,
20      vs.                                     STIPULATION AND [~~PROPOSED~~]
                                                ORDER RE DISMISSAL
21 BANK OF THE WEST
   WELFARE BENEFITS PLAN, and
22 BANCWEST CORPORATION
   WELFARE BENEFIT PLAN,
23
            Defendants.                         Hon. William H. Alsup
24 _____/

25 METROPOLITAN LIFE
   INSURANCE COMPANY,
26
            Real Parties in Interest.
27
   _____/
28

                                       1

Whereas, settlement in the above matter has been reached. The parties, by and through their respective counsel of record, hereby stipulate and agree that the above named action be dismissed, with prejudice and in its entirety as to each party and Real Party in Interest, with each party to be responsible for their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: August 5, 2010

| /s/ | /s/ |
|---|---|
| Laurence F. Padway | Rebecca A. Hull |
| Attorney for plaintiff | Attorneys for Defendant and Real Party in Interest |

PURSUANT TO STIPULATION, IT IS ORDERED that this matter is dismissed with prejudice as to all parties, all real parties in interest, and all claims for relief, each party to be responsible for their own attorney's fees and costs. **THE CLERK SHALL CLOSE THE FILE.**

Date: August 5, 2010.    By: _____
Honorable William H. Alsup
United States District Court Judge

2